938 A.2d 983

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Raymond COLON, Appellant.**

Supreme Court of Pennsylvania.

Dec. 13, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of December, 2007, the above-captioned appeal is quashed as the order to be reviewed is interlocutory.

938 A.2d 983

**Melvin LINDSEY, *Pro Se* Petitioner,**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA, Respondent.**

**No. 164 EM 2007.**

Supreme Court of Pennsylvania.

Dec. 13, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of December, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Mandamus and/or Extraordinary Relief is denied.